UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 12 P 4:26
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES OF AMERICA  :

v.  :   CASE NO. 3:03CR198(RNC)

FERMIN AQUINO  :

## CONSENT FORM

The defendant, <u>Fermin Aquino</u>, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.

CONSENTED TO:

DEFENDANT: _Paulino Fermin_  11/12/04
                              Date

ATTORNEY FOR DEFENDANT: _[signature]_  11/12/04
                                        Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _H Jortham_  11/12/04
                          Date