UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 NOV 18 A 9:54
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA :
:
v. : CASE NO.3:03CR198 (RNC)
:
FERMIN AQUINO :

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS

1. I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and the recommendation that the defendant's plea of guilty should be accepted. Accordingly, a finding of guilty will enter forthwith, and the case is referred to the United States Probation Office for the preparation of a Presentence Report.

2. The defendant will appear for sentencing on February 4, 2005 at 11:00 A.M. in Courtroom No. 3 of the Annex at the United States Courthouse, 450 Main Street, Hartford, Connecticut.

3. The Presentence Report will be disclosed to the defendant, counsel for defendant, and the Government by no later than December 29, 2004. Counsel will then have five (5) days in which to communicate to the probation officer any objections they may have as to any material information, sentencing classifications, sentencing guideline range, and policy statements in the Report. The second or final version of the Presentence Report must be disclosed to counsel and to the court by January 18, 2005.

4.  The defendant will submit any memorandum in aid of sentencing by no later than <u>January 25, 2005</u>. The Government will submit any response to the defendant's sentencing memorandum by no later than <u>January 31, 2005</u>.

It is so ordered.

ENTERED at Hartford, Connecticut, this 18 day of November 2004.

_____
Robert N. Chatigny
United States District Judge