FILED

2005 JAN 27 A 10: 54

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.   3:03 CR198 (RNC) |
| V. | : | |
| FERMIN AQUINO, a/k/a "Carlos" | : | JANUARY 25, 2005 |

**MOTION TO CONTINUE SENTENCING**

The defendant, FERMIN AQUINO, hereby, moves to continue sentencing for a period of approximately thirty days from February 2005 to a date in March 2005 or such other date as the Court deems appropriate. In support of this motion, counsel states:

1. On or about November 12, 2004 defendant Fermin Aquino pled guilty to Count One of the indictment.

2. Sentencing is presently scheduled for February 4, 2005 but the interests of justice will best be served by a continuance of the sentence date.

3. Sentencing issues are being investigated by the undersigned counsel and additional time is required to prepare and present all relevant issues to the Court.

4. Mr. Aquino is detained and by this motion waives his right to a speedy sentencing.

5. This is the defendant's first request to continue sentencing.

6. Additional time is needed to review the presentence report with the defendant to prepare for the sentencing. The presentence report was disclosed

HALLORAN
&SAGE LLP

earlier this month. The defendant is detained at Wyatt Detention Facility. Defense counsel has not yet had the opportunity to review the presentence report with the defendant and to prepare objections, if any, to the report.

7. The office of the United States Attorney has been consulted regarding this motion and has no objection to the continuance of the sentence to a date in March 2005.

WHEREFORE, defendant respectfully requests that the Court continue the defendant's sentencing to a date in March 2005 or such other date as the Court deems appropriate.

> THE DEFENDANT
> FERMIN AQUINO
>
> By _____
> Dan E. LaBelle of
> HALLORAN & SAGE LLP
> Fed. Bar #ct 01984
> 315 Post Road West
> Westport, CT 06880
> (203) 227-2855

## CERTIFICATION

This is to certify that on this 25th day of January, 2005, a copy of the foregoing Motion to Continue Sentencing was mailed, first class postage pre-paid, to the following counsel of record:

H. Gordon Hall, Esq.
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Dan E. LaBelle

642205_1.DOC