*So ordered. The sentencing is hereby rescheduled to March 18, 2005 at 11:00 a.m.*

*Granted.*

/s/ Robert N. Chatigny, U.S.D.J.

January 27, 2005.



FILED

2005 JAN 27 A 10: 54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:03 CR198 (RNC) |
| V. | : | |
| FERMIN AQUINO, a/k/a "Carlos" | : | JANUARY 25, 2005 |

### MOTION TO CONTINUE SENTENCING

The defendant, FERMIN AQUINO, hereby, moves to continue sentencing for a period of approximately thirty days from February 2005 to a date in March 2005 or such other date as the Court deems appropriate. In support of this motion, counsel states:

1. On or about November 12, 2004 defendant Fermin Aquino pled guilty to Count One of the indictment.

2. Sentencing is presently scheduled for February 4, 2005 but the interests of justice will best be served by a continuance of the sentence date.

3. Sentencing issues are being investigated by the undersigned counsel and additional time is required to prepare and present all relevant issues to the Court.

4. Mr. Aquino is detained and by this motion waives his right to a speedy sentencing.

5. This is the defendant's first request to continue sentencing.

6. Additional time is needed to review the presentence report with the defendant to prepare for the sentencing. The presentence report was disclosed

HALLORAN
& SAGE LLP