UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:03 CR198 (RNC) |
| V. | : | |
| FERMIN AQUINO, a/k/a "Carlos" | : | MARCH 29, 2005 |

## MOTION TO CONTINUE SENTENCING

The defendant, FERMIN AQUINO, hereby, moves to continue sentencing for a period of approximately three weeks from April 4 2005 to a date at the end of April 2005 or such other date as the Court deems appropriate. In support of this motion, counsel states:

1. On or about November 12, 2004 defendant Fermin Aquino pled guilty to Count One of the indictment.

2. Sentencing is presently scheduled for April 4, 2005 but the interests of justice will best be served by a continuance of the sentence date.

3. Sentencing issues are being investigated by the undersigned counsel and additional time is required to prepare and present all relevant issues to the Court. In particular, defense counsel requests additional time to prepare a Sentencing Memorandum. Counsel's work and travel schedule last week and this week has prevented him from completing the Sentencing Memorandum.

4. Mr. Aquino is detained and by this motion waives his right to a speedy sentencing.

HALLORAN
& SAGE LLP

5.  This is the defendant's second request to continue sentencing.

6.  The office of the United States Attorney has been consulted regarding this motion. Assistant United States Attorney Gordon Hall has no objection to the continuance of the sentence to a date in late April 2005.

WHEREFORE, defendant respectfully requests that the Court continue the defendant's sentencing to a date at the end of April 2005 or such other date as the Court deems appropriate.

THE DEFENDANT
FERMIN AQUINO

By_____
Dan E. LaBelle of
HALLORAN & SAGE LLP
Fed. Bar #ct 01984
315 Post Road West
Westport, CT 06880
(203) 227-2855

- 2 -

## CERTIFICATION

This is to certify that on this 29th day of March, 2005, a copy of the foregoing Motion to Continue Sentencing was mailed, first class postage pre-paid, to the following counsel of record:

H. Gordon Hall, Esq.
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Dan E. LaBelle

642205_1 DOC